IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JAQUELLE WYCHE,**

    Plaintiff,

v.                                                                                                       Civil Action No. **3:24CV16 (RCY)**

**DRAYKE HUPP,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

On January 29, 2024, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on February 16, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $0.43 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that Plaintiff cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                                                       /s/ *RCY*
                                                                       Roderick C. Young
                                                                       United States District Judge

Date: March 26, 2024
Richmond, Virginia